# HELLMAN YATES & TISDALE

ATTORNEYS AND COUNSELORS AT LAW

THOMAS S. TISDALE
DIRECT VOICE 843 414-9757
TST@HELLMANYATES.COM

HELLMAN YATES & TISDALE, PA
105 BROAD STREET, THIRD FLOOR
CHARLESTON, SOUTH CAROLINA 29401
V 843 266-9099
F 843 266-9188

April 13, 2018

**Via E-MAIL**

The Honorable Bruce Howe Hendricks
U.S. District Court
300 E. Washington St.
Greenville, SC 29601
hendricks_ecf@scd.uscourts.gov

Re:  South Carolina Aquarium v. Epica Medical Innovations, LLC et al.
Case No.: 2:18-cv-00265-BHH

Dear Judge Hendricks,

    We were just recently informed that this case, originally assigned to Judge Norton, had been assigned to you. This letter is to let you know that we have reached a settlement and, because of certain aspects of the agreement, we are requesting that the case not be dismissed until the settlement is consummated, which will occur by the end of May, 2018.

    We were able to resolve the issues in the case prior to an appearance of record by opposing counsel. Our agreement, subject of course to your approval, is that the pending case not be dismissed until the agreed settlement proceeds are paid by the end of May, 2018 at which time we will ask that the case be dismissed. If the the agreed settlement amount is not fully paid by then, we will notify the Court and ask for a Scheduling Order to proceed with the litigation. By agreement the Defendants have not filed an appearance in the case because the settlement has made it unnecessary.

    We will very much appreciate your favorable consideration of this settlement arrangement.

With kindest regards and best wishes, I am,

Sincerely,

*Thomas S. Tisdale*

Thomas S. Tisdale

cc: Daniel Brown, Esq.