# HELLMAN YATES & TISDALE
ATTORNEYS AND COUNSELORS AT LAW

THOMAS S. TISDALE
DIRECT VOICE 843 414-9757
TST@HELLMANYATES.COM

HELLMAN YATES & TISDALE, PA
105 BROAD STREET, THIRD FLOOR
CHARLESTON, SOUTH CAROLINA 29401
V 843 266-9099
F 843 266-9188

June 4, 2018

**Via E-MAIL**

The Honorable Bruce Howe Hendricks
U.S. District Court
300 E. Washington St.
Greenville, SC 29601
hendricks_ecf@scd.uscourts.gov

Re: South Carolina Aquarium v. Epica Medical Innovations, LLC et al.
Case No.: 2:18-cv-00265-BHH

Dear Judge Hendricks,

    The settlement between the parties in this matter has been fully concluded. You allowed it to remain as an active case until this occurred. I enclose herewith a proposed Order ending the matter for your consideration.

    Although, the Defendants did not appear on record of this matter, I have informally consulted with them and they are agreeable to this proposed Order.

    Please let me know if you need anything else from us in this regard; otherwise, I will appreciate your executing and filing the proposed Order.

    With kindest regards, I am

Sincerely,

Thomas S. Tisdale

cc: Daniel Brown, Esq.