## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| South Carolina Aquarium, a South Carolina Non-Profit Corporation, )<br><br>Plaintiff, )<br><br>vs. )<br><br>Epica Medical Innovations, LLC, a subsidiary of Epica International, Inc.; and Epica International, Inc., )<br>Defendants. ) | **CIVIL ACTION NUMBER:**<br>**2:18-cv-00265-BHH**<br><br>**CONSENT ORDER OF DISMISSAL** |

The Court was previously informed that this matter had been resolved between the parties, and that upon compliance with the terms of the agreed settlement this action should be dismissed. The Court is now informed, by Plaintiff's counsel, that there has been compliance by the parties with the terms of the agreed settlement. Counsel for the Plaintiff, there having been no appearance of counsel on behalf of the Defendants, now moves that this action be dismissed with prejudice, and that each party will bear its own costs and attorneys' fees.

Therefore, upon motion of Plaintiff's counsel, and for reason set forth herein, this action is hereby dismissed with prejudice and each party will be responsible for its attorneys' fees and costs.

AND IT IS SO ORDERED.

s/ Bruce Howe Hendricks<br>
The Honorable Bruce Howe Hendricks<br>
United States District Judge

June 25, 2018<br>
Charleston, South Carolina

2

WE SO MOVE:

HELLMAN YATES & TISDALE, P.A.

/s/ *Thomas S. Tisdale*
Thomas S. Tisdale (Fed Bar No. 4106)
105 Broad Street, Third Floor
Charleston, SC 29401
Telephone: (843)-266-9099
Fax: (843) 266-9188
tst@hellmanyates.com

Counsel for Plaintiff


Charleston, South Carolina
June 1, 2018